# EXHIBIT B

**Patent Claims Analysis**
**of**
**US8381309: "Methods and systems for secure communication over a public network"**

**against**
**Namely**

# US8381309B2

United States

Inventor          Dan RollsIphtach Cohen

Current Assignee Datrec LLC

Worldwide applications

2007  WO US

| PCT/IL2007/001518 | Claims priority from a provisional application | 60/873,252 | 12/07/2006 |
|---|---|---|---|
| PCT/IL2007/001518 | Claims priority from a provisional application | 60/873,254 | 12/07/2006 |

Total patentTerm Adjustments
**arrow_upward**
**647days**

CLAIMS

9. A system for enabling communication between users over a communication network, the system comprising;

a server system associated with a database comprising verified data relating an individual, said server system being configured and operable to verify at least some of the data so as to authenticate an identity of the individual;

determining a level of reliability in authenticity based on correspondence between data on said individual entered by a plurality of related individuals; and

the system being configured to define one or more levels of permitted communication between individuals in the database and the verified individual on the basis of said verification.

| Row | Claim Element | Contention |
|-----|---------------|------------|
| 9.0 | 9. A system for enabling communication between users over a communication network, the system comprising; | *Namely is a system for enabling communication between users over a communication network.*  *<https://namely.com/> @ 2025* |



| 9.1 | a **server system** associated with a **database** comprising **verified data relating an individual**, | *a **server system** ["Server"] associated with a **database** ["HR data"] comprising verified data relating an individual ["HR data"],*<br><br>*For example, a server that is associated with human resources data, meaning it stores or manages HR information.* |
|---|---|---|
| | | **server system**<br><br>API Base URL<br><br>Mock Server:  https://stoplight.io/mocks/namely/namely-api/182542<br><br>Move your app forward with the Namely API Move your app forward with the Namely API<br><*https://developers.namely.com/docs/namely-api/12dab89109ded-namely-api*> @ 2025 |
| | | **database**<br>"Namely is truly a one-stop-shop for all HR processes. From basic HR data, performance reviews, time off, compliance, and analytics, Namely provides my team with a modern and intuitive experience. As an admin, I'm able to empower our employees to be at the helm of their HR information."<br><*https://namely.com/lp/hr-solution/*> @ 2025 |
| | | **verified data relating an individual**<br>"Namely is truly a one-stop-shop for all HR processes. From basic HR data, performance reviews, time off, compliance, and analytics, Namely provides my team with a modern and intuitive experience. As an admin, I'm able to empower our employees to be at the helm of their HR information."<br><*https://namely.com/lp/hr-solution/*> @ 2025 |
| 9.2 | said server system being configured and operable to verify at least some of the data | *said **server system** ["Server"] being configured and operable to verify at least some of the data so as to **authenticate an identity of the individual** ["Personal Access* |

| | | |
|---|---|---|
| | so as to **authenticate an identity of the individual**; | *Tokens for authentication"].*<br><br>*For example, the server is configured to verify certain data and, based on that verification, issue personal access tokens for authentication.* |
| | | *authenticate an identity of the individual*<br>The Namely API also supports the use of Bearer tokens (also referred to as Personal Access Tokens) for authentication. If you're a Namely client looking to build your own custom integration to a 3rd party service, a PAT may be a suitable choice for authentication. Partner integrations should not use PATs for authentication and should instead use OAuth applications.<br>*<https://developers.namely.com/docs/namely-api/ZG9jOjE1NTkwMDU5-authenticatio>* @ 2025 |
| 9.3 | determining a **level of reliability in authenticity** based on **correspondence between data on said individual** entered by a **plurality of related individuals**; and | *determining a **level of reliability in authenticity** ["Job Title"] based on **correspondence between data on said individual** ["org chart"] **entered by a plurality of related individuals** ["hiring managers and interviewers"].*<br><br>*For example, determining a job title based on the organization's chart and the managers and interviewers involved in hiring.* |
| | | *level of reliability in authenticity*<br><br>## Update a Job Title<br><br>**PUT** `https://stoplight.io/mocks/namely/namely-api/1…`<br><br>Updates the label and/or parent (job tier) of a job title.<br>*<https://developers.namely.com/docs/namely-api/53dd5f8335443-update-a-job-title>* @ 2025 |
| | | *correspondence between data on said individual* |



*<https://namely.com/clients/ontraport/> @ 2025*

**_entered by a plurality of related individuals_**

When your company's time to fill metric exceeds industry norms, your company is likely missing out on top talent. Technology can help streamline many of the inefficiencies faced by resource-strapped acquisition teams. Using an applicant tracking system (ATS) makes it easier to review incoming resumes, schedule interviews, and equip hiring managers and interviewers with the information they need to successfully screen candidates. Many of them will even integrate with your existing HR platform, allowing for a seamless onboarding experience.

*<https://namely.com/resources/introduction-to-hr-metrics/> @ 2025*

| 9.4 | the system being configured to define one or more **levels of permitted communication between individuals in the database and the verified individual** on the basis of said verification. | *the system being configured to define one or more levels of permitted communication between individuals in the **database** **["HR data"]** and the verified individual **["two-way communication with the individual" + "preferred confidentiality level"]** on the basis of said verification.*<br><br>*For example, the system is configured to establish one or more two-way communication channels with an individual, according to the individual's preferred confidentiality level, as determined by the verification.* |
| --- | --- | --- |
| | | **_levels of permitted communication between individuals in the database and the verified individual_** |

Employees can select their preferred confidentiality level, indicate whether they are reporting on behalf of themselves or someone else, share details of the parties involved and their role in the incident, and upload any relevant materials.

Once received, the employer can address, resolve, and follow up on the incident through masked, two-way communication with the individual who submitted the report. Tell Us works to manage and track the report from start to finish, ensuring proper documentation for anti-harassment governance, all from within the anonymous framework. The comprehensive solution enables consistent compliance programs that align with workplace requirements and regulatory standards to prevent costly litigation and mitigate reputational risk.

<*https://www.globenewswire.com/en/news-release/2021/08/16/2280969/0/en/Namely-Adds-Anonymous-Reporting-to-Compliance-Toolkit.html*> @ 2025

| | |
|---|---|
| *a server system associated with a database comprising verified data relating an individual,*<br><br>*said server system being configured and operable to verify at least some of the data so as to authenticate an identity of the individual;*<br><br>*determining a level of reliability in authenticity based on correspondence between data on said individual entered by a plurality of related individuals; and*<br><br>*the system being configured to define one or more levels of permitted communication between individuals in the database and the verified individual on the basis of said verification.* | ● *PRODUCT/SERVICE = "Namely"*<br><br>● *server system = "Server"*<br>● *verified data relating an individual = "HR data"*<br><br>● *authenticate an identity of the individual = "Personal Access Tokens for authentication"*<br><br>● *level of reliability in authenticity = "Job Title"*<br>● *correspondence between data on said individual = "org chart"*<br>● *entered by a plurality of related individuals = "hiring managers and interviewers"*<br><br>● *levels of permitted communication between individuals in the database and the verified individual = "two-way communication with the individual" + "preferred confidentiality level"*<br><br>● *database = "HR data"* |