USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/2/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DATREC, LLC, <br><br>          **Plaintiff,** <br><br>     -against-a <br><br> NAMELY, INC., <br><br>          **Defendant.** | **1:26-cv-02288** (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On March 24, 2026, Plaintiff filed a statement of relatedness requesting this action be filed as related to action 26-cv-2285. *See* ECF No. 8. Plaintiff states the two cases should be filed as related because both involve the same or related patent. This is not sufficient to meet the standard for relatedness, and as such, Platiniff's request is **DENIED**.

**SO ORDERED.**

Dated:    **April 2, 2026**
           **New York, New York**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**